JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC., BARD PERIPHERAL VASCULAR INC., and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-07624-MWF-PD<br><br>Assigned to Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF VICTORIA LOPEZ'S CLAIMS WITHOUT PREJUDICE** |

ORDER GRANTING STIPULATION OF DISMISSAL

1  The Court having examined the foregoing Stipulation of Dismissal of Plaintiff Victoria Lopez's claims in the above-captioned matter filed by the parties seeking the dismissal of Plaintiff Lopez's claims. The Court **GRANTS** the Stipulation.

Accordingly, **IT IS ORDERED**:

1. The Stipulation of Dismissal of Plaintiff Victoria Lopez's Claims Without Prejudice is is **GRANTED**.
2. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED:  April 16, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge